# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Garcia v. State | SCWC–29725 | 01/11/2011 | Denied | |
| Murasko v. Loo | SCPW–11–0000030 | 03/24/2011 | Denied | |
| Ray v. Kapiolani Medical Specialists | 29988 | 08/10/2011 | Denied | 125 Hawai'i 249, 258 P.3d 946 |
| State v. Durham | SCWC–29923 | 06/14/2011 | Denied | 125 Hawai'i 114, 254 P.3d 425 |
| State v. Torres | 28583 | 06/30/2011 | Granted | 125 Hawai'i 52, 252 P.3d 1229 |